**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 22-51886-BEM |
| PATRICK SHAWN CASPER | ) | |
| *FKA* PATRICK SHAWN FLANNAGAN | ) | |
| DEBTOR. | ) | |

-------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| WORLD OMNI FINANCIAL | ) | |
| CORPORATION | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| PATRICK SHAWN CASPER | ) | |
| MICHAEL J. BARGAR, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT World Omni Financial Corporation, has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an order on the Motion for Relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the *Motion for Relief from the Automatic Stay* at the following number: (**toll-free number:833-568-8864; access code 160 862 0914, at 10:15 A. M. on April 20, 2022 in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.   Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

March 29, 2022

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 22-51886-BEM |
| PATRICK SHAWN CASPER ) | |
| *FKA* PATRICK SHAWN FLANNAGAN ) | |
| DEBTOR. ) | |
| ------------------------------------------------ | |
| ) | |
| WORLD OMNI FINANCIAL ) | |
| CORPORATION ) | |
| MOVANT, ) | |
| ) | CONTESTED MATTER |
| V. ) | |
| ) | |
| PATRICK SHAWN CASPER ) | |
| MICHAEL J. BARGAR, TRUSTEE ) | |
| RESPONDENTS. ) | |
| ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW,** World Omni Financial Corporation ("Movant"), a secured creditor in the above-captioned case and moves this Court to enter an order granting its request for relief from the automatic stay imposed by 11 U.S.C. § 362 and respectfully shows the Court as follows:

1. On March 9, 2022, Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. Movant holds a valid lien secured by the Retail Installment Sale Contract ("Contract") which describes the collateral known as a 2022 TOYOTA COROLLA CR, VIN: 7MUDAAAGXNV001442 ("Collateral").

3. Upon information and belief, the approximate payoff, exclusive of legal fees and expenses incurred in the connection with the instant motion, due and owing to the Movant as of March 23, 2022 is $56,948.25.

4. According to the N.A.D.A., the value of the Collateral is $30,265.00.

5. Debtor has defaulted in payments to be made to Movant and is currently due for the January 10, 2022 payment with a total delinquency of $2,759.07. The delinquency is as follows:

Regular Payment: 01/10/2022 (Pre) $919.69

Regular Payment: 02/10/2022 (Pre) $919.69

Regular Payment: 03/10/2022 (Post) $919.69

Total Arrearage $2,759.07

**WHEREFORE**, Movant prays the Court as follows:

1. Modify the Automatic Stay of 11 U.S.C. § 362(a) to permit Movant to enforce its security interest in the Collateral including but not limited to any non-bankruptcy remedies to foreclose and obtain possession;

2. Modify Rule 4001(a)(3) of the Bankruptcy Code so that it is not applicable in this case and so Movant may immediately enforce and implement this order granting relief from the automatic stay;

3. Movant specifically requests permission to communicate with the Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law; and

4. Grant Movant such other and further relief as the Court deems just and proper.

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this 29th day of March, 2022.

## SERVICE LIST

Patrick Shawn Casper
131 Ponce De Leon Ave Ne Apt 233
Atlanta, GA 30308

Aaron Weinberg
Semrad Law Firm LLC
235 Peachtree St. NE
Suite 300
Atlanta, GA 30303

Michael J. Bargar
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Bonial & Associates
Chad R. Simon
Managing Georgia Attorney
P.O. Box 80727
Atlanta, GA 30366
(770) 856-9046