## UNITED STATES BANKRUPTCY COURT

### For The Northern District of Georgia

| | | | |
|---|---|---|---|
| In | Debtor(s) | | |
| Re: | **Patrick Shawn Casper** | : Case No.: **22–51886–bem** | |
| | 131 Ponce De Leon Ave Ne Apt 233 | : Judge:  **Barbara Ellis–Monro** | |
| | Atlanta, GA 30308 | : Chapter:  **7** | |
| | **xxx–xx–7689** | | |

### Clerk's Notice Re: United States Trustee's Statement of Presumed Abuse

 You are hereby notified that:

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated:   April 26, 2022

_____

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 403